IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| SIGNATURE FINANCIAL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RBW INVESTMENTS, LLC and<br>ROBERT B. WATSON,<br><br>        Defendants. | Civil Action No. :  1:14-cv-311 |

**DEFAULT JUDGMENT**

The Summonses and Complaint in this action dated December 8, 2014 (the "Complaint") having been duly served on the Defendants RBW Investments, LLC ("RBW") and Robert B. Watson ("Watson" and together with RBW, collectively, the "Defendants"), and Defendants having failed to answer or otherwise defend in this action, and said default having been duly entered by the Clerk of the Court on February 10, 2015; and upon the Motion of Plaintiff Signature Financial LLC ("Signature") and the supporting Declaration of David McGowan,

**NOW, it is hereby**:

**ORDERED and ADJUDGED** that Signature, having an address of 225 Broadhollow Rd., Suite 132W, Melville, New York, 11747, have judgment against and recover from Defendant RBW Investments, LLC, having an address of 795 Rutherfordton Highway, Chesnee, SC 29323, and Defendant Robert B. Watson, having an address of 15 Blue Spruce Drive,

Candler, NC 28715, jointly and severally, the sum of $223,237.86, plus post judgment interest from the date of entry of the Default Judgment at the federal rate set forth in 28 U.S.C. § 1961.

Signed: March 6, 2015

Max O. Cogburn Jr
United States District Judge